IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| TAYLOR ALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Court No. 2:25-cv-00870-DAK-JCB<br><br><br>**ORDER**<br><br><br>Judge Dale A. Kimball |

Defendant, the Commissioner of Social Security (Commissioner), by and through the Commissioner's counsel, has filed a motion with this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to the Commissioner for further administrative proceedings as set forth above.[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

DATED this 14th day of April 2026.

BY THE COURT:

DALE A. KIMBALL
United States District Judge